DeAnne Casperson, Esq. (ISB No. 6698)
dcasperson@holdenlegal.com
Amanda E. Ulrich, Esq. (ISB No. 7986)
aulrich@holdenlegal.com
HOLDEN KIDWELL HAHN & CRAPO, P.L.L.C.
P.O. Box 50130
1000 Riverwalk Drive, Suite 200
Idaho Falls, ID 83405
Telephone: (208) 523-0620
Facsimile: (208) 523-9518

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KATIE MAYES, individually and for and on behalf of dependent beneficiaries, H. M., an minor child; M. M., a minor child; G. M., a minor child; and K. M., a minor child, and JORDAIN MAYES, beneficiary,<br><br>Plaintiffs,<br><br>v.<br><br>WINCO HOLDINGS, INC., an Idaho corporation,<br><br>Defendant. | Case No. 4:12-cv-00307-EJL<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

COME NOW Plaintiffs, Katie Mayes ("Plaintiff"), individually and for and on behalf of her dependent beneficiaries, H. M., M. M., G. M., and K. M., and Jordain Mayes, and Defendant Winco Holdings, Inc., and stipulate and agree that Plaintiffs' Amended Complaint against Defendant and all claims therein shall be dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

Dated this 7th day of September, 2017.

                                              /s/
                                      DeAnne Casperson
                                      Holden, Kidwell, Hahn & Crapo, P.L.L.C.
                                      *Attorneys for Plaintiffs*

Dated this 7th day of September, 2017

                                              /s/
                                      A. Dean Bennett
                                      Holland & Hart, LLP
                                      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day September, 2017, I filed the foregoing electronically through the CM/ECF system, which causes the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

**DOCUMENTS SERVED:** STIPULATION TO DISMISS WITH PREJUDICE

**ATTORNEYS SERVED:**

A. Dean Bennett
Holland & Hart, LLP
P.O. Box 2527
Boise, ID 83701-2527
Email: adbennett@hollandhart.com

/s/
DeAnne Casperson

G:\WPDATA\DC\16436 Mayes, Katie\Pldgs\Dismiss.STIP.wpd:dg