UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| KATIE MAYES, individually and for and on behalf of dependent beneficiaries, H. M., an minor child; M. M., a minor child; G. M., a minor child; and K. M., a minor child, and JORDAIN MAYES, beneficiary, <br><br> Plaintiffs, <br><br> v. <br><br> WINCO HOLDINGS, INC., an Idaho corporation, <br><br> Defendant. | Case No. 4:12-cv-00307-EJL <br><br><br> **ORDER OF DISMISSAL** |

Based upon the Stipulation to Dismiss with Prejudice (Dkt. 88) and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Amended Complaint against Defendant and all claims therein are **DISMISSED WITH PREJUDICE**. All parties to bear their own attorney's fees and costs.

DATED:  **September 8, 2017**

Honorable Edward J. Lodge
U. S. District Judge